UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EUGENE L. BUSHER,

                          Plaintiff,

      -against-

DESMOND T. BARRY, JR., *et al.*,

                        Defendants.
-------------------------------------------------------------X

**SCHEDULING ORDER**

14 Civ. 4322 (NSR)(JCM)

TO ALL PARTIES:

The Court has scheduled a Status Conference for December 1, 2014 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

*Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated: October 30, 2014
       White Plains, New York

                                               SO ORDERED:

                                               JUDITH C. McCARTHY
                                               United States Magistrate Judge