UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUGENE L. BUSHER,

    Plaintiff,

v.

DESMOND T. BARRY, JR., THOMAS F. EGAN, JOHN P. HEANUE, WILLIAM M. KELLY, FRANCIS P. BARRON, and WINGED FOOT GOLF CLUB, INC.,

    Defendants.

WINGED FOOT HOLDING CORPORATION,

    Nominal Defendant.

14-cv-4322

Judge Nelson A. Román

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Kaitlin T. Farrell, and Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, Defendants Desmond T. Barry, Jr., Thomas F. Egan, John P. Heanue, William M. Kelly, Francis P. Barron, and the Winged Foot Club, Inc. ("Defendants"), by their counsel Debevoise & Plimpton LLP, shall move before the Honorable Nelson A. Román, United States District Judge for the Southern District of New York, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, for an Order granting summary judgment in favor of Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure, and granting such additional relief as the Court deems just and proper.

Dated: New York, New York
      June 23, 2015

Respectfully Submitted,

<u>/s/ Maeve L. O'Connor</u>
Maeve L. O'Connor
Kaitlin T. Farrell
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
mloconnor@debevoise.com
ktfarrell@debevoise.com

*Attorneys for Defendants Desmond T. Barry, Jr., Thomas F. Egan, John P. Heanue, William M. Kelly, Francis P. Barron, and Winged Foot Golf Club, Inc.*