

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

December 31, 2019

<u>VIA FACSIMILE AND ECF</u>

Honorable Nelson S. Román
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
Fax:  (914) 390-4179

**RE:  *Busher v. Barry, et al.*, Case No. 14 Civ. 4322 (NSR) (JCM)**

Your Honor:

Defendants write in response to Plaintiffs' letter dated December 30, 2019 (Doc No. 332).

Plaintiffs' letter incorrectly conflates cases in which a party *permanently* and *unconditionally* dismisses claims and cases addressing the *conditional* procedure Plaintiffs propose here.  The case Plaintiffs cite involved a party completely and permanently abandoning remaining claims prior to commencing an appeal as to other aspects of the case.  *See Joseph v. United States*, 740 F. App'x 12, 13-14 (2d Cir. 2018) ("Joseph's own request that the District Court dismiss the case in full so that he could immediately challenge the teaching of *Watson* and *Nwozuzu* could only be granted if Joseph abandoned or voluntarily dismissed with prejudice his remaining claims not implicated by *Watson* or *Nwozuzu*.").  Indeed, Plaintiffs acknowledge that *Joseph* stands for the proposition that "[i]t is well-established that '[i]mmediate appeal is available to a party willing to suffer voluntarily the district court's dismissal of the whole action *with prejudice*.'"  *Id.* (emphasis added).

Although Plaintiffs use the words "with prejudice" to describe their proposed dismissal of the remaining claims in this case, what they mean is "conditionally."  If the Second Circuit reverses the Court's dismissal of claims based on earlier lease extensions, Plaintiffs propose that their claim based on the 2013 lease would be revived, exactly the situation rejected in *Microsoft v. Baker*, 137 S. Ct. 1702 (2017). *See also Bynum v. Maplebear Inc.*, 698 F. App'x 23 (2d Cir. 2017) (explaining that *Microsoft* prohibited similar end-runs around the finality rule).

If, in relying on *Joseph*, Plaintiffs are now proposing to permanently and unconditionally dismiss their remaining claims, Defendants would have no basis to object.

Respectfully submitted,

Dated:  New York, New York
         December 31, 2019

By:  _/s/ *Maeve O'Connor*_____
         Maeve O'Connor
         mloconnor@debevoise.com
         919 Third Avenue
         New York, New York 10022
         Tel: (212) 909-6000
         Fax: (212) 909-6836

         *Counsel for Defendants*