UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEREDITH BUSHER and ELLEN BUSHER as Co-Personal Representatives of the Estate of EUGENE L. BUSHER, and NANCY TUMPOSKY,

　　　　　　　Plaintiffs,

　　v.

DESMOND T. BARRY, JR., THOMAS T. EGAN, JOHN P. HEANUE, WILLIAM M. KELLY, FRANCIS P. BARRON, and WINGED FOOT GOLF CLUB, INC.,

　　　　　　　Defendants.

WINGED FOOT HOLDING CORPORATION,

　　　　　　　Nominal Defendant.

14 Civ. 4322 (NSR) (JCM)

[~~PROPOSED~~] JUDGMENT

---

　　Pursuant to the accompanying Final Order for Voluntary Dismissal of Claims Under Rule 41(a)(2),

　　IT IS HEREBY ORDERED that:

　　Final judgment in this matter is entered.

SO ORDERED.

　　　　　　　　　　　　　　　　_/s/ Nelson S. Román_
　　　　　　　　　　　　　　　　Nelson S. Román, U.S.D.J.

　　　　　　　　　　　　　　　　DATED: October 14, 2020
　　　　　　　　　　　　　　　　White Plains, NY


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2020